# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEIL ANAND** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| **INDEPENDENCE BLUE CROSS** | : | No. 20-6246 |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 29th day of April 2021, upon consideration of movant Lesly Pompy's "Request to Amend Motion for Intervention of Right Pursuant to Federal Rules of Civil Procedure 24(a) and Permissive Intervention Pursuant to Federal Rules of Civil Procedure 24(b)" (ECF No. 20), which the Court construes as a motion for reconsideration under Rule 59(e) of this Court's Order denying his motion to intervene (ECF Nos. 18, 17), Defendant's Response in Opposition (ECF No. 24), and Pompy's "Sur-Reply in Opposition" (ECF No. 27), it is hereby **ORDERED** that movant Lesly Pompy's Motion for Reconsideration (ECF No. 20) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**