# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEIL ANAND | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | |
| INDEPENDENCE BLUE CROSS | : | No.  20-6246 |
| *Defendant.* | : | |

## FINAL ORDER

**AND NOW**, this 19th day of August, 2021, upon consideration of Plaintiff Anand's Second Amended Complaint (ECF No. 48), it is hereby **ORDERED** that Plaintiff's Second Amended complaint is **DISMISSED** with prejudice.

Because this is a final judgment, the Clerk is ordered to close the case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**