# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEIL ANAND** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No.   20-6246 |
| **INDEPENDENCE BLUE CROSS** | : | |
| *Defendant.* | : | |

# ORDER

AND NOW, this **1st** day of **November 2022**, upon consideration of the Motion for Reconsideration filed by Felix Brizuela D.O. (ECF No. 64), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, the Motion for Reconsideration (ECF No. 64) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**