# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEIL ANAND** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No.   20-6246 |
| **INDEPENDENCE BLUE CROSS** | : | |
| *Defendant.* | : | |

# ORDER

AND NOW, this **10th** day of **February 2023**, upon consideration of Plaintiff's Motion for a National Injunction (ECF No. 75) and Defendant's Response thereto (ECF No. 80), it is hereby **ORDERED** that Plaintiff's Motion for a National Injunction (ECF No. 75) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**